*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jill M. Neff
    Debtor(s)

Case No: 11−16319−sr
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Stephen Raslavich, United States Bankruptcy Judge to consider:

Objection to Notice of Final Cure Mortgage Payment filed by Trustee FREDERICK L. REIGLE Filed by Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc

on: 11/16/16

at: 10:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/13/16

Timothy B. McGrath
Clerk of Court

47 − 45
Form 167