United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 11-16319-sr
Jill M. Neff                                                        Chapter 13
    Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: Stacey              Page 1 of 3              Date Rcvd: Oct 13, 2016
                            Form ID: 167              Total Noticed: 61
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2016.

```
db          +Jill M. Neff,    1304 Harris Road,    Dresher, PA 19025-1104
cr           ECMC,    P.O. Box 75906,    St. Paul, MN  55175
12515353    +AES,    P.O. Box 2461,    Harrisburg, PA 17105-2461
12574150    +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
12553421    +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
12515354    +AMERICAN EXPRESS,    P.O. Box 981537,    El Paso, TX 79998-1537
12515352     Abington Memorial Hospital,    30 Washington Ave, Ste C-6,    Haddonfield, NJ 08033-3341
12515355    +American Express Centurion BK,    248 Chapman Rd - Univ Off Plz,    Newark, DE 19702-5447
12515356    +BAC HOME LOANS SERV LP,    450 American St SV,    Simi Valley, CA 93065-6285
12519350   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
               Wilmington, DE 19886-5102)
12515359    +BARCLAYS BANK DELAWARE,    P.O. Box 8803,    Wilmington, DE 19899-8803
12515358     Bank of America Home Loans,    P.O. Box 15222,    Wilmington, DE 19886-5222
12573796    +Bank of America, N.A.,    Bankruptcy Department,    Mail Stop TX2-982-03-03,
               7105 Corporate Drive,    Plano, TX 75024-4100
12515360     Bill Me Later,    P.O. Box 2394,    Omaha, NE 68103-2394
12515362    +CHASE BANK USA NA,    P.O. Box 15298,    Wilmington, DE 19850-5298
12515361     Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
12573695     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
12562640    +Capital One,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
12515363     Citi Cards,    P.O. Box 6077,    Sioux Falls, SD 57117-6077
12515364   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: DELL FINANCIAL SERVICES,    1 Dell Way PS2DF-2,
               Round Rock, TX 78682)
12515366     DIRECT LOAN SVC SYSTEM,    P.O. Box 5609,    Greenville, TX 75403-5609
12561538    +Department Stores National Bank/Macys,    Bankruptcy Processing,    PO Box 8053,
               Mason, OH 45040-8053
12618908     ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
12515367    +Equifax Information Services, LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
12515368     Experian NCAC,    P.O. Box 9556,    Allen, TX 75013
12515369    +Exxonmobil,    P.O. Box 6404,    Sioux Falls, SD 57117-6404
12515370    +FIA CSNA,    P.O. Box 15026,    Wilmington, DE 19850-5026
12929663     Federal National Mortgage Association,    PO BOX 1047,    Hartford, CT 06143-1047
12515377     Genpact Services, LLC,    P.O. Box 1969,    Southgate, MI 48195-0969
12515380    +HSBC SAKS FIFTH AVE,    P.O. Box 15521,    Wilmington, DE 19850-5521
12515382     ISLAND T'S LIMITED,    1000 Macarthur Blv,    Mahwah, NJ 07430-2035
12515385    +Macy's Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
12551411    +Nelnet on behalf of PHEAA,    PA Higher Education Assistance Agency,    1200 North 7th Street,
               Harrisburg PA 17102-1444
12515386    #+Nudelman, Klemm & Golub,    425 Eagle Rock Ave, Ste 403,    Roseland, NJ 07068-1787
12515387    +Patenaude & Felix, A.P.C.,    213 East Main Street,    Carnegie, PA 15106-2701
12515388    +RAI CREDIT,    21 Mani Street, STE 352,    Hackensack, NJ 07601-7091
12515390    +SEARS/CBSD,    701 E. 60th ST.NORT,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
12515389    +Schlee & Stillman, LLC,    9712 Belair Road, Ste 203,    Nottingham, MD 21236-1112
12515384   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Lexus Financial Services,    P.O. Box 8026,
               Cedar Rapids, IA 52409-8026)
12515391     Telewire Electronic Message,    P.O. Box 2983,    Milwaukee, WI 53201-2983
12515393    +TransUnion Consumer Relations,    P.O. Box 2000,    Chester, PA 19022-2000
12593543     US Department of Education,    PO Box 5609,    Greenville, TX 75403-5609
12515394    +Van Ru Credit Corporation,    1350 E Touhy Ave, Ste 100E,    Des Plaines, IL 60018-3337
12515395    +WELLS FARGO HOME MORTGAGE,    P.O.Box 10335,    Des Moines, IA 50306-0335
12515396     WFNNB/DUTYFREE.COM,    P.O. Box 192789,    Columbus, OH 43218-2789
12515397     WFNNB/Victoria'sSecret BK Dept,    P.O. Box 182125,    Columbus, OH 43218-2125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/Text: ebn@vativrecovery.com Oct 14 2016 02:10:23     VATIV Recovery Solutions, LLC,
               as Agent for Palisades Collections,    PO Box 40728,    Houston, TX  77240-0728
12515365     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 14 2016 02:10:33      Department of Revenue,
               Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
12515371    +E-mail/PDF: gecsedi@recoverycorp.com Oct 14 2016 02:13:38      GE Money Bank/BananaRepublic,
               Attn: Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
12515372    +E-mail/PDF: gecsedi@recoverycorp.com Oct 14 2016 02:13:39      GE Money Bank/Lord&Taylor,
               Attn: Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
12515373     E-mail/PDF: gecsedi@recoverycorp.com Oct 14 2016 02:13:39      GEMB/BELK,    P.O. Box 965028,
               Orlando, FL 32896-5028
12515374     E-mail/PDF: gecsedi@recoverycorp.com Oct 14 2016 02:13:39      GEMB/LOWES,    P.O. Box 965005,
               Orlando, FL 32896-5005
12515375     E-mail/PDF: gecsedi@recoverycorp.com Oct 14 2016 02:13:54      GEMB/OLD NAVY,    P.O. Box 965005,
               Orlando, FL 32896-5005
12515376     E-mail/PDF: gecsedi@recoverycorp.com Oct 14 2016 02:14:09      GEMB/SAM'S CLUB DUEL CAR,
               P.O. Box 965005,    Orlando, FL 32896-5005
```

```
District/off: 0313-2          User: Stacey              Page 2 of 3            Date Rcvd: Oct 13, 2016
                              Form ID: 167              Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
12515378       +E-mail/Text: bnc-bluestem@quantum3group.com Oct 14 2016 02:11:46     GETTINGTON,
                 6250 Rigdewood Road,    Saint Cloud, MN 56303-0820
12515379        E-mail/Text: fnb.bk@fnfg.com Oct 14 2016 02:11:04     HARLEYSVILLE NATL BANK,
                 Loan Administration,    P.O. Box 195,    Harleysville, PA 19438-0195
12515381        E-mail/Text: cio.bncmail@irs.gov Oct 14 2016 02:10:19     Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
12515383        E-mail/Text: bnckohlsnotices@becket-lee.com Oct 14 2016 02:10:18     Kohl's,    P.O. Box 3043,
                 Milwaukee, WI 53201-3043
12601846        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 14 2016 02:13:56
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
12541496        E-mail/Text: ebn@vativrecovery.com Oct 14 2016 02:10:23     Palisades Collections, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collections, LLC,
                 PO Box 40728,    Houston, TX  77240-0728
12515398       +E-mail/Text: fnb.bk@fnfg.com Oct 14 2016 02:11:04     WILLOW FINANCIAL BANK,    483 Main Street,
                 Harleys, PA 19438-2311
                                                                                               TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Federal National Mortgage Association ("FANNIEMAE"
cr*            +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
12553422*      +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
12618909*       ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
12515392*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  TOYOTA MOTOR CREDIT CORP.,    5005 N. River Blvd,
                  Cedar Rapids, IA 52411-6634)
12570266*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Corporation,    PO BOX 8026,
                  Cedar Rapids, IA. 52408-8026)
12515357       ##Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
                                                                                    TOTALS: 1, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2016 at the address(es) listed below:
```
              ADAM   FOGARTY     on behalf of Debtor Jill M. Neff afogarty@wwdlaw.com
              ANN E. SWARTZ     on behalf of Creditor   Bank of America, N.A., et al ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JENIECE D. DAVIS     on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
              JILL  MANUEL-COUGHLIN     on behalf of Creditor    Bank of America, N.A., et al jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              JONATHAN   KRINICK     on behalf of Debtor Jill M. Neff jkrinick@wwdlaw.com, jkrinick@hotmail.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Stacey              Page 3 of 3              Date Rcvd: Oct 13, 2016
                              Form ID: 167              Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A., et al bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        MARISA MYERS COHEN    on behalf of Creditor    Bank of America, N.A., et al mcohen@mwc-law.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jill M. Neff
    Debtor(s)

Case No: 11−16319−sr
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Stephen Raslavich , United States Bankruptcy Judge to consider:

Objection to Notice of Final Cure Mortgage Payment filed by Trustee FREDERICK L. REIGLE Filed by Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc

    on: 11/16/16

    at: 10:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/13/16

Timothy B. McGrath
Clerk of Court

47 − 45
Form 167