United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 11-16319-sr
Jill M. Neff                                                    Chapter 13
     Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey              Page 1 of 3           Date Rcvd: Oct 17, 2016
                              Form ID: 138NEW           Total Noticed: 64
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2016.
```
db            +Jill M. Neff,    1304 Harris Road,    Dresher, PA 19025-1104
cr             ECMC,    P.O. Box 75906,    St. Paul, MN  55175
12515353      +AES,    P.O. Box 2461,    Harrisburg, PA 17105-2461
12574150      +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
12553421      +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
12515354      +AMERICAN EXPRESS,    P.O. Box 981537,    El Paso, TX 79998-1537
12515352       Abington Memorial Hospital,    30 Washington Ave, Ste C-6,    Haddonfield, NJ 08033-3341
12515355      +American Express Centurion BK,    248 Chapman Rd - Univ Off Plz,    Newark, DE 19702-5447
12515356      +BAC HOME LOANS SERV LP,    450 American St SV,    Simi Valley, CA 93065-6285
12519350     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                Wilmington, DE 19886-5102)
12515359      +BARCLAYS BANK DELAWARE,    P.O. Box 8803,    Wilmington, DE 19899-8803
12515358       Bank of America Home Loans,    P.O. Box 15222,    Wilmington, DE 19886-5222
12573796      +Bank of America, N.A.,    Bankruptcy Department,    Mail Stop TX2-982-03-03,
                7105 Corporate Drive,    Plano, TX 75024-4100
12515360       Bill Me Later,    P.O. Box 2394,    Omaha, NE 68103-2394
12515362      +CHASE BANK USA NA,    P.O. Box 15298,    Wilmington, DE 19850-5298
12515361       Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
12573695       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
12562640      +Capital One,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
12515363       Citi Cards,    P.O. Box 6077,    Sioux Falls, SD 57117-6077
12515364     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: DELL FINANCIAL SERVICES,    1 Dell Way PS2DF-2,
                Round Rock, TX 78682)
12515366       DIRECT LOAN SVC SYSTEM,    P.O. Box 5609,    Greenville, TX 75403-5609
12561538      +Department Stores National Bank/Macys,    Bankruptcy Processing,    PO Box 8053,
                Mason, OH 45040-8053
12618908       ECMC,    P.O. Box  16408,    St. Paul, MN  55116-0408
12515367      +Equifax Information Services, LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
12515368       Experian NCAC,    P.O. Box 9556,    Allen, TX 75013
12515369      +Exxonmobil,    P.O. Box 6404,    Sioux Falls, SD 57117-6404
12515370      +FIA CSNA,    P.O. Box 15026,    Wilmington, DE 19850-5026
12929663       Federal National Mortgage Association,    PO BOX 1047,    Hartford, CT 06143-1047
12515377       Genpact Services, LLC,    P.O. Box 1969,    Southgate, MI 48195-0969
12515380      +HSBC SAKS FIFTH AVE,    P.O. Box 15521,    Wilmington, DE 19850-5521
12515382       ISLAND T’S LIMITED,    1000 Macarthur Blv,    Mahwah, NJ 07430-2035
12515385      +Macy’s Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
12551411      +Nelnet on behalf of PHEAA,    PA Higher Education Assistance Agency,    1200 North 7th Street,
                Harrisburg PA 17102-1444
12515386     #+Nudelman, Klemm & Golub,    425 Eagle Rock Ave, Ste 403,    Roseland, NJ 07068-1787
12515387      +Patenaude & Felix, A.P.C.,    213 East Main Street,    Carnegie, PA 15106-2701
12515388      +RAI CREDIT,    21 Mani Street, STE 352,    Hackensack, NJ 07601-7091
12515390      +SEARS/CBSD,    701 E. 60th ST.NORT,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
12515389      +Schlee & Stillman, LLC,    9712 Belair Road, Ste 203,    Nottingham, MD 21236-1112
12515384     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Lexus Financial Services,    P.O. Box 8026,
                Cedar Rapids, IA 52409-8026)
12515391       Telewire Electronic Message,    P.O. Box 2983,    Milwaukee, WI 53201-2983
12515393      +TransUnion Consumer Relations,    P.O. Box 2000,    Chester, PA 19022-2000
12593543       US Department of Education,    PO Box 5609,    Greenville, TX 75403-5609
12515394      +Van Ru Credit Corporation,    1350 E Touhy Ave, Ste 100E,    Des Plaines, IL 60018-3337
12515395      +WELLS FARGO HOME MORTGAGE,    P.O.Box 10335,    Des Moines, IA 50306-0335
12515396       WFNNB/DUTYFREE.COM,    P.O. Box 192789,    Columbus, OH 43218-2789
12515397       WFNNB/Victoria’sSecret BK Dept,    P.O. Box 182125,    Columbus, OH 43218-2125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Oct 18 2016 02:35:11     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2016 02:34:28      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2016 02:34:53      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: ebn@vativrecovery.com Oct 18 2016 02:34:03     VATIV Recovery Solutions, LLC,
                 as Agent for Palisades Collections,    PO Box 40728,    Houston, TX  77240-0728
12515365       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2016 02:34:28      Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
12515371      +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2016 02:37:49      GE Money Bank/BananaRepublic,
                 Attn: Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
12515372      +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2016 02:39:12      GE Money Bank/Lord&Taylor,
                 Attn: Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
```

```
District/off: 0313-2          User: Stacey                  Page 2 of 3                   Date Rcvd: Oct 17, 2016
                              Form ID: 138NEW               Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12515373      E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2016 02:37:50      GEMB/BELK,    P.O. Box 965028,
               Orlando, FL 32896-5028
12515374      E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2016 02:37:49      GEMB/LOWES,    P.O. Box 965005,
               Orlando, FL 32896-5005
12515375      E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2016 02:37:49      GEMB/OLD NAVY,    P.O. Box 965005,
               Orlando, FL 32896-5005
12515376      E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2016 02:37:49      GEMB/SAM'S CLUB DUEL CAR,
               P.O. Box 965005,    Orlando, FL 32896-5005
12515378     +E-mail/Text: bnc-bluestem@quantum3group.com Oct 18 2016 02:35:18       GETTINGTON,
               6250 Rigdewood Road,    Saint Cloud, MN 56303-0820
12515379      E-mail/Text: fnb.bk@fnfg.com Oct 18 2016 02:34:51       HARLEYSVILLE NATL BANK,
               Loan Administration,    P.O. Box 195,    Harleysville, PA 19438-0195
12515381      E-mail/Text: cio.bncmail@irs.gov Oct 18 2016 02:34:02       Internal Revenue Service,
               Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
12515383      E-mail/Text: bnckohlsnotices@becket-lee.com Oct 18 2016 02:33:52       Kohl's,    P.O. Box 3043,
               Milwaukee, WI 53201-3043
12601846      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2016 02:48:11
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
12541496      E-mail/Text: ebn@vativrecovery.com Oct 18 2016 02:34:03       Palisades Collections, LLC,
               Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collections, LLC,
               PO Box 40728,    Houston, TX  77240-0728
12515398     +E-mail/Text: fnb.bk@fnfg.com Oct 18 2016 02:34:51       WILLOW FINANCIAL BANK,    483 Main Street,
               Harleys, PA 19438-2311
                                                                                               TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Federal National Mortgage Association ("FANNIEMAE"
cr*           +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
12553422*     +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
12618909*      ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
12515392*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:  TOYOTA MOTOR CREDIT CORP.,     5005 N. River Blvd,
               Cedar Rapids, IA 52411-6634)
12570266*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Motor Credit Corporation,     PO BOX 8026,
               Cedar Rapids, IA. 52408-8026)
12515357      ##Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
                                                                                   TOTALS: 1, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2016 at the address(es) listed below:
      ADAM  FOGARTY    on behalf of Debtor Jill M. Neff afogarty@wwdlaw.com
      ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A., et al ecfmail@mwc-law.com,
        ecfmail@mwc-law.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com

```
District/off: 0313-2          User: Stacey              Page 3 of 3             Date Rcvd: Oct 17, 2016
                              Form ID: 138NEW           Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               Jeniece@MVRLAW.COM,  bonnie@mvrlaw.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    Bank of America, N.A., et al jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              JONATHAN  KRINICK    on behalf of Debtor Jill M. Neff jkrinick@wwdlaw.com,   jkrinick@hotmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A., et al
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MARISA MYERS COHEN    on behalf of Creditor    Bank of America, N.A., et al mcohen@mwc-law.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jill M. Neff

    Debtor(s)

Bankruptcy No: 11−16319−sr

Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/17/16

50 − 48
Form 138_new