## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: JILL M. NEFF A/K/A J. MASTROMATTO FIERMAN : | |
| DEBTOR : | BANKRUPTCY NO. 11-16319 |
| SETERUS, INC., AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR : | CHAPTER 13 |
| MOVANT | |
| JILL M. NEFF A/K/A J. MASTROMATTO FIERMAN | |
| FREDERICK L. REIGLE, ESQUIRE RESPONDENTS | |

### ORDER

**AND NOW**, this     day of               , 2017, after notice and hearing, it is hereby ORDERED AND DECREED that the Objection to the Trustee's Notice of Final Cure is resolved. The mortgage for the premises located at 1304 Harris Road, Dresher, PA 19025 is due for postpetition mortgage installments from October 1, 2016 in addition to an escrow deficiency in the amount of $13,749.42.

                                                                           _____
                                                                           **UNITED STATES BANKRUPTCY JUDGE**

Copies to:

Martha E. Von Rosenstiel, P.C.
649 South Avenue
Secane, PA 19018
(610) 328-2887 x 16

Jill M. Neff a/k/a J. Mastromatto Fierman
1304 Harris Road
Dresher, PA  19025

Kevin T. Fogerty, Esquire and Jonathan Krinick, Esquire
1275 Glenlivet Drive
Allentown, PA 18106

Frederick L. Reigle, Esquire
P.O. Box 4010
Reading, PA 19606