United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 11-16319-sr
Jill M. Neff                                                Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey              Page 1 of 1            Date Rcvd: Mar 16, 2017
                              Form ID: 195              Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2017.
```
db          +Jill M. Neff,   1304 Harris Road,   Dresher, PA 19025-1104
cr          +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr           ECMC,   P.O. Box 75906,   St. Paul, MN  55175
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: ebn@vativrecovery.com Mar 17 2017 02:14:57     VATIV Recovery Solutions, LLC,
                 as Agent for Palisades Collections,   PO Box 40728,   Houston, TX  77240-0728
                                                                                              TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2017 at the address(es) listed below:
```
              ADAM   FOGARTY    on behalf of Debtor Jill M. Neff afogarty@wwdlaw.com
              ANN E. SWARTZ    on behalf of Creditor   Bank of America, N.A., et al ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JENIECE D. DAVIS    on behalf of Creditor   Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               Jeniece@MVRLAW.COM,   bonnie@mvrlaw.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor   Bank of America, N.A., et al jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              JONATHAN  KRINICK    on behalf of Debtor Jill M. Neff jkrinick@wwdlaw.com,   jkrinick@hotmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Bank of America, N.A., et al
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Federal National Mortgage Association (Fannie Mae)
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MARISA MYERS COHEN    on behalf of Creditor   Bank of America, N.A., et al mcohen@mwc-law.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor   Federal National Mortgage Association ("FANNIEMAE")
               creditor, c/o Seterus, Inc., tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Jill M. Neff  : Case No. 11−16319−sr
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , March 16, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Stephen Raslavich
Judge , United States Bankruptcy Court

58
Form 195