IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: JILL M. NEFF A/K/A J. MASTROMATTO FIERMAN<br>DEBTOR<br>SETERUS, INC., AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR<br>MOVANT<br>JILL M. NEFF A/K/A J. MASTROMATTO FIERMAN<br>FREDERICK L. REIGLE, ESQUIRE<br>RESPONDENTS | BANKRUPTCY NO. 11-16319<br><br>CHAPTER 13 |

**ORDER**

**AND NOW**, this 22nd day of March, 2017, after notice and hearing, it is hereby ORDERED AND DECREED that the Objection to the Trustee's Notice of Final Cure is resolved.  The mortgage for the premises located at 1304 Harris Road, Dresher, PA 19025 is due for postpetition mortgage installments from October 1, 2016 in addition to an escrow deficiency in the amount of $13,749.42.

Copies to:

Martha E. Von Rosenstiel, P.C.
649 South Avenue
Secane, PA 19018
(610) 328-2887 x 16

Jill M. Neff a/k/a J. Mastromatto Fierman
1304 Harris Road
Dresher, PA  19025

**STEPHEN RASLAVICH**
**UNITED STATES BANKRUPTCY JUDGE**

Kevin T. Fogerty, Esquire and Jonathan Krinick, Esquire
1275 Glenlivet Drive
Allentown, PA 18106

Frederick L. Reigle, Esquire
P.O. Box 4010
Reading, PA 19606