United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 11-16319-sr
Jill M. Neff                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Stacey              Page 1 of 1              Date Rcvd: Mar 22, 2017
                            Form ID: pdf900         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2017.
db         +Jill M. Neff,   1304 Harris Road,   Dresher, PA 19025-1104
cr         +AES/PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
cr          ECMC,   P.O. Box 75906,   St. Paul, MN 55175

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Mar 23 2017 01:38:53      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2017 01:38:30      Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 23 2017 01:38:50      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: ebn@vativrecovery.com Mar 23 2017 01:38:24      VATIV Recovery Solutions, LLC,
                 as Agent for Palisades Collections,   PO Box 40728,   Houston, TX  77240-0728
                                                                                              TOTAL: 4

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2017 at the address(es) listed below:
      ADAM  FOGARTY    on behalf of Debtor Jill M. Neff afogarty@wwdlaw.com
      ANN E. SWARTZ    on behalf of Creditor   Bank of America, N.A., et al ecfmail@mwc-law.com,
       ecfmail@mwc-law.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      JENIECE D. DAVIS    on behalf of Creditor   Seterus, Inc., as the authorized subservicer for
       Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
       Jeniece@MVRLAW.COM,   bonnie@mvrlaw.com
      JILL  MANUEL-COUGHLIN    on behalf of Creditor   Bank of America, N.A., et al jill@pkallc.com,
       chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
      JONATHAN  KRINICK    on behalf of Debtor Jill M. Neff jkrinick@wwdlaw.com,   jkrinick@hotmail.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Bank of America, N.A., et al
       bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Federal National Mortgage Association (Fannie Mae)
       bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      MARISA MYERS COHEN    on behalf of Creditor   Bank of America, N.A., et al mcohen@mwc-law.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      THOMAS I. PULEO    on behalf of Creditor   Federal National Mortgage Association ("FANNIEMAE")
       creditor, c/o Seterus, Inc., tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: JILL M. NEFF A/K/A J. MASTROMATTO FIERMAN : | |
| DEBTOR : | BANKRUPTCY NO. 11-16319 |
| SETERUS, INC., AS THE AUTHORIZED : | |
| SUBSERVICER FOR FEDERAL : | CHAPTER 13 |
| NATIONAL MORTGAGE ASSOCIATION : | |
| ("FANNIE MAE"), CREDITOR | |
| MOVANT | |
| JILL M. NEFF A/K/A J. MASTROMATTO FIERMAN | |
| FREDERICK L. REIGLE, ESQUIRE | |
| RESPONDENTS | |

**ORDER**

**AND NOW**, this 22nd day of March, 2017, after notice and hearing, it is hereby ORDERED AND DECREED that the Objection to the Trustee's Notice of Final Cure is resolved. The mortgage for the premises located at 1304 Harris Road, Dresher, PA 19025 is due for postpetition mortgage installments from October 1, 2016 in addition to an escrow deficiency in the amount of $13,749.42.

Copies to:

Martha E. Von Rosenstiel, P.C.
649 South Avenue
Secane, PA 19018
(610) 328-2887 x 16

Jill M. Neff a/k/a J. Mastromatto Fierman
1304 Harris Road
Dresher, PA 19025

_____
**STEPHEN RASLAVICH**
**UNITED STATES BANKRUPTCY JUDGE**

Kevin T. Fogerty, Esquire and Jonathan Krinick, Esquire
1275 Glenlivet Drive
Allentown, PA 18106

Frederick L. Reigle, Esquire
P.O. Box 4010
Reading, PA 19606